Argued and submitted March 27, affirmed April 16, 1997

In the Matter of the Compensation of
James R. Montoya, Claimant.

James R. MONTOYA,
*Petitioner,*

*v.*

SAIF CORPORATION
and Industrial Welding Supply,
*Respondents.*

(WCB No. 95-13199; CA A94873)

936 P2d 403

David W. Hittle argued the cause for petitioner. With him
on the brief was Burt, Swanson, Lathen, Alexander, McCann
& Smith.

Michael O. Whitty, Appellate Counsel, argued the cause
and filed the brief for respondents.

Before Deits, Presiding Judge, and Richardson, Chief
Judge, and Haselton, Judge.

PER CURIAM

Affirmed. *Johnson v. Beaver Coaches, Inc.*, 147 Or App
234, 935 P2d 430 (1997).